UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**In the matter of:**
JOSEPH G. DUMOUCHELLE, and
MELINDA J. ADDUCCI,
    *Debtor(s)*

THOMAS T. RITTER,
    *Plaintiff,*
v.
JOSEPH G. DUMOUCHELLE, and
MELINDA J. ADDUCCI,
    *Defendant(s)*

Bankruptcy Petition No. 19-54531-pjs
Hon. Phillip J Shefferly
Chapter 7

Adv. Pro. No. 20-04381-pjs
Hon. Phillip J Shefferly

## DEFENDANTS' INITIAL DISCLOSURES

**NOW COME** defendants, JOSEPH G. DUMOUCHELLE, and MELINDA J. ADDUCCI ("Defendants"), by and through their counsel, JOHN R. FOLEY, P.C., provides these Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure (the "Rules"), made applicable to this adversary proceeding by Rule 7026 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## RESERVATIONS

1. These disclosures are based upon information reasonably available to Defendants as of this date. Continuing investigation and discovery may alter these disclosures. Accordingly, Defendants reserve the right to supplement the information disclosed below if additional information becomes available.

2. By making these disclosures, Defendants do not represent that any particular document exists within his possession, custody or control.

3. These initial disclosures are made without waiver of, or prejudice to, any objections that Defendants may have. Defendants expressly reserves all evidentiary and other objections, including, but not limited to, objections on the grounds of (a) relevance, (b) attorney-client privilege, (c) the attorney work-product doctrine, (d) any other applicable privilege or protection under federal or applicable state law, (e) undue burden, (f) immateriality, and (g) overbreadth.

4. Defendants reserve the right to clarify, amend, modify, or supplement the information contained in these initial disclosures if and when they obtain supplemental information, to the extent required by the Federal Rules of Civil Procedure.

5. Defendants expressly reserves the right to identify and call as witnesses additional persons other than those listed below if, during the course of discovery and investigation relating to this adversary proceeding, Defendants learn that such additional person(s) have knowledge of relevant matters.

6. These initial disclosures are made subject to and without limiting any of the foregoing reservations.

## INITIAL DISCLOSURES

1. **Witnesses.** In accordance with Rule 26(a)(1)(A)(i), the following persons may have discoverable information that Defendants may use to support their defenses to the claims asserted in the Plaintiff's Complaint:

    a. Plaintiff Thomas T. Ritter. To the extent he has knowledge of facts related to the issues in the case.

    b. Defendant Joseph DuMouchelle. To the extent he has knowledge of facts related to the issues in the case.

    c. Defendant Melinda Adducci. To the extent she has knowledge of facts related to the issues in the case.

    d. Any third party to the extent he or she has knowledge of facts related to the issues in the case.

    e. Any individuals whose identity may become known during the discovery process.

    f. Any experts who become apparent or necessary through the discovery process.

    g. Any necessary and appropriate rebuttal witnesses.

2. **Documents.** In accordance with Rule 26(a)(1)(A)(ii), the categories of documents in Defendants' possession, custody or control that they may use to support their defenses primarily include, but are not necessarily limited to:

a. The exhibits to the Complaint;

b. The exhibits or any documents used in any other litigation brought by the Plaintiff against the Defendants or either Defendant;

c. Any communications in Defendants possession between Plaintiff and Defendants.

d. If necessary, as further investigation and discovery continue, Defendants will supplement this disclosure in accordance with the Rules.

3. **Damages.** In accordance with Rule 26(a)(1)(A)(iii), Defendant believes that Plaintiff has no claim against Defendants, and therefore, damages should be zero ($0.00) dollars, and Defendants should be awarded costs and fees for having to defend against this proceeding.

4. **Insurance.** In accordance with Rule 26(a)(1)(A)(iv), Defendants are unaware of any insurance agreements relevant to this action.

Respectfully submitted,
**JOHN R. FOLEY, P.C.**
*Counsel for Defendants*

By: /s/ Patrick A. Foley
Patrick A. Foley, Esq. (P74323)
18572 W. Outer Drive
Dearborn, MI 48128
Phone: (313) 274-7377
Fax: (313) 274-5946
Email: pafoley@jrfpc.net

Date: December 18, 2020

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **In the matter of:**<br>JOSEPH G. DUMOUCHELLE, and<br>MELINDA J. ADDUCCI,<br>   *Debtor(s)* | Bankruptcy Petition No. 19-54531-pjs<br>Hon. Phillip J Shefferly<br>Chapter 7 |
| THOMAS T. RITTER,<br>   *Plaintiff,*<br>v.<br>JOSEPH G. DUMOUCHELLE, and<br>MELINDA J. ADDUCCI,<br>   *Defendant(s)* | Adv. Pro. No. 20-04381-pjs<br>Hon. Phillip J Shefferly |

## PROOF OF SERVICE

  I hereby certify that I served a copy of the foregoing *Defendant's Initial Disclosures* by ECF notification to all parties who have filed an appearance in the above-captioned adversary proceeding.

            Respectfully submitted,
            **JOHN R. FOLEY, P.C.**
            *Counsel for Defendants*

            By: /s/ Patrick A. Foley
Date: December 18, 2020   Patrick A. Foley, Esq. (P74323)
            18572 W. Outer Drive
            Dearborn, MI 48128
            Phone: (313) 274-7377
            Fax: (313) 274-5946
            Email: pafoley@jrfpc.net