UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| IN THE MATTER OF:<br>JOSEPH G. DUMOUCHELLE, and<br>MELINDA J. ADDUCCI,<br>                            *Debtors*. | Bankruptcy Case No. 19-54531<br>Hon. Lisa S. Gretchko<br>Chapter 7 |
| THOMAS T. RITTER,<br>                          *Plaintiff,*<br>v.<br>JOSEPH G. DUMOUCHELLE, and<br>MELINDA J. ADDUCI,<br>                          *Defendants.* | Adv. Pro. No. 20-04381<br>Hon. Lisa S. Gretchko |

## ORDER STAYING ADVERSARY PROCEEDING

**THIS MATTER** having come before the Court on the stipulation ("Stipulation"; ECF No. 43) between the Defendants, JOSEPH G. DUMOUCHELLE, and MELINDA J. ADDUCCI, by and through their counsel, JOHN R. FOLEY, P.C., and Plaintiff, THOMAS T. RITTER, by his counsel, JAFFE, RAITT, HEUER & WEISS, P.C., to entry of this Order. The Court has reviewed the Stipulation and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

1. This case is hereby stayed through September 12, 2022.

2. The Court will hold a telephonic Scheduling Conference on September 12, 2022 at 10:00 a.m.

3. All deadlines in the case are held in abeyance and will be reset upon entry of a revised scheduling order.

4. The deadline to submit a revised 26(f) Report shall be September 7, 2022.

**Signed on August 23, 2022**



/s/ Lisa S. Gretchko
Lisa S. Gretchko
United States Bankruptcy Judge