UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:

JOSEPH G. DUMOUCHELLE, and
MELINDA J. ADDUCCI,
        *Debtors*.

Bankruptcy Case No. 19-54531
Hon. Lisa S. Gretchko
Chapter 7

THOMAS T. RITTER,
        *Plaintiff,*
v.
JOSEPH G. DUMOUCHELLE, and
MELINDA J. ADDUCI,
        *Defendants.*

Adv. Pro. No. 20-04381
Hon. Lisa S. Gretchko

## DEFENDANTS' SUPPLEMENT TO THEIR INITIAL DISCLOSURES

**NOW COMES** Defendants, JOSEPH G. DUMOUCHELLE and MELINDA J. ADDUCCI, ("Defendants"), by and through their undersigned counsel, JOHN R. FOLEY, P.C., and hereby provide this supplemental information to their Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure (the "Rules"), made applicable to this adversary proceeding by Rule 7026 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### RESERVATIONS

1. These disclosures are based upon information reasonably available to Defendants as of this date. Continuing investigation and discovery may alter these disclosures. Accordingly, Defendants reserve the right to supplement the information disclosed below if additional information becomes available.

2. By making these disclosures, Defendants do not represent that any particular document exists within their possession, custody or control.

3. These initial disclosures are made without waiver of, or prejudice to, any objections that Defendants may have. Defendants expressly reserve all evidentiary and other objections,

including, but not limited to, objections on the grounds of (a) relevance, (b) attorney-client privilege, (c) the attorney work-product doctrine, (d) any other applicable privilege or protection under federal or applicable state law, (e) undue burden, (f) immateriality, (g) overbreadth, and/or (h) any Fifth-Amendment rights or claims that either Defendant(s) may assert.

4. Defendants reserve the right to clarify, amend, modify, or supplement the information contained in these initial disclosures if and when they obtain supplemental information, to the extent required by the Rules and the Bankruptcy Rules.

5. Defendants expressly reserve the right to identify and call as witnesses additional persons other than those listed below if, during the course of discovery and investigation relating to this adversary proceeding, Defendants learn that such additional persons have knowledge of relevant matters

6. These initial disclosures are made subject to and without limiting any of the foregoing reservations.

## SUPPLEMENT TO INITIAL DISCLOSURES

**1. In accordance with Rule 26(a)(1)(A)(i), the following persons may have discoverable information that Defendants may use to defend against Plaintiff's claims:**

  a. Defendants state that, in particular, the following persons may have discoverable information relevant to this case:

   i. **Lauren Tobin**, 1290 Roslyn Rd., Grosse Pointe Woods, MI 48236, Phone: 313-310-4516, who was employed at Joseph Dumouchelle Fine & Estate Jewellers LLC, during time periods relevant to the facts of the situation giving rise to the Complaint, and can testify to the same.

ii. **Olivia Rosema,** Phone: 313-770-7225, who was employed at Joseph Dumouchelle Fine & Estate Jewellers LLC, during time periods relevant to the facts of the situation giving rise to the Complaint, and can testify to the same.

iii. **Morgan Lynch,** 25545 Packard St., Roseville, MI 48066, Phone: 313-404-1316, who was employed at Joseph Dumouchelle Fine & Estate Jewellers LLC, during time periods relevant to the facts of the situation giving rise to the Complaint, and can testify to the same.

iv. **Kevin Lynch**, (contact information requested, and will be provided upon receipt), who may have information relevant to this proceeding.

        Respectfully submitted,
        **JOHN R. FOLEY, PC**
        *Counsel for Defendants*

        By: /s/ Patrick A. Foley
        Patrick A. Foley (P74323)
        18572 W. Outer Drive
        Dearborn, MI 48128
        telephone: (313) 274-7377
        email: pafoley@jrfpc.net

Dated: October 14, 2022

| | |
|---|---|
| IN THE MATTER OF:<br>JOSEPH G. DUMOUCHELLE, and<br>MELINDA J. ADDUCCI,<br>             *Debtors*. | Bankruptcy Case No. 19-54531<br>Hon. Lisa S. Gretchko<br>Chapter 7 |
| THOMAS T. RITTER,<br>             *Plaintiff,*<br>v.<br>JOSEPH G. DUMOUCHELLE, and<br>MELINDA J. ADDUCI,<br>             *Defendants.* | Adv. Pro. No. 20-04381<br>Hon. Lisa S. Gretchko |

### PROOF OF SERVICE

    Patrick A. Foley hereby certifies that on October 14, 2022 he did serve a copy of the foregoing *Defendants' Supplement to their Initial Disclosures* upon all parties to this case by proceeding the same with the Court's CM/ECF electronic filing system, which effectuated electronic service on counsel for all parties appeared in this proceeding.

                                                                                 Respectfully submitted,
                                                                                 **JOHN R. FOLEY, PC**
                                                                                 *Counsel for Defendants*

                                                                                 By: /s/ Patrick A. Foley
                                                                                 Patrick A. Foley (P74323)
                                                                                 18572 W. Outer Drive
                                                                                 Dearborn, MI 48128
                                                                                 telephone: (313) 274-7377
                                                                                 email: pafoley@jrfpc.net

Dated: October 14, 2022