UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci

   Debtors.
_____/

Chapter 7

Case No. 19-5453-lsg

Honorable Lisa S. Gretchko

Thomas T. Ritter

   Plaintiff,

v.

Joseph G. DuMouchelle and
Melinda J. Adducci

   Defendants.
_____/

Adversary Pro. No. 20-04381

**INDEX OF EXHIBITS**
Re: SECOND AMENDED COMPLAINT TO DETERMINE
NONDISCHARGEABILITY OF
INDEBTEDNESS UNDER 11 U.S.C. § 523

                            **Exhibit**

Promissory Note ($350,000) dated February 12, 2014.................................................1

Promissory Note ($430,000) dated August 12, 2014 ..................................................2

January 17, 2018 Extension ........................................................................................3

North Dakota Judgment ..............................................................................................4

January 25, 2019 email forwarding appraisal of The Yellow Rose ..........................5

Yellow Rose Purchase Agreement..........................................................................6

Cover Letter??.......................................................................................................7

January 31, 2019 email re January 30, 2019 Letter Agreement ...............................8

February 1, 2019 email re Wire Instructions to MB Financial.................................9

February 6, 2019 email re Wire Instructions to Bank of America ..........................10

Bank of America Statements ................................................................................11

Yellow Rose Purchase Receipt .............................................................................12

Withdraws ...........................................................................................................13

Draft Sale Agreement...........................................................................................14

April 12, 2019 Letter Agreement..........................................................................15

February 7, 2019 email re Brinks facility .............................................................16

May 13, 2019 email demanding payment.............................................................17

June 10, 2019 email demanding payment.............................................................18

June 21, 2019 email demanding payment.............................................................19

July 2, 2019 email demanding payment ...............................................................20

Criminal Proceeding; Case #2:20-cr-20245 .........................................................21

Plea Agreement....................................................................................................22

Judgment in Criminal Proceeding.........................................................................23

January 20, 2014 Notarized Letter........................................................................24

4882-5120-3157.v1