# EXHIBIT 4

North Dakota Judgment

[See Attached]

| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF WILLIAMS | NORTHWEST JUDICIAL DISTRICT |

| Thomas T. Ritter, | Court File No.: 53-2019-CV-01186 |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| Joseph DuMouchelle, Melinda Adducci a/k/a Melinda DuMouchelle, and Joseph DuMouchelle Fine & Estate Jewellers, LLC, | |
| Defendant. | |

[¶1] Upon Order of the District Court for the County of Williams, State of North Dakota, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

[¶2] This action was commenced by personal service of the Summons and Complaint on July 10, 2019, on attorney David de Reyna, who was duly authorized by Joseph DuMouchelle and Melinda Adducci to accept service of the Summons and Complaint in this matter, and executed an Admission of Service. (Doc. ID #7). At the same time, the Summons and Complaint was personally served on David de Reyna as the Registered Agent of Joseph DuMouchelle Fine & Estate Jewellers, LLC. (Doc. ID #8).

[¶3] More than twenty-one (21) days have elapsed since the service of the Summons and Complaint and Plaintiff did not receive an Answer from Defendants.

[¶4] All of the allegations as contained in Plaintiff's Complaint are hereby declared true and correct.

[¶5] Plaintiff is the owner and holder of a Promissory Note dated February 19, 2014, which was renewed and extended numerous times. The most recent Renewed and Extended Promissory Note was effective November 16, 2017. Defendants have defaulted on the Renewed

and Extended Promissory Note and Plaintiff is awarded his principal and interest due, which totals $725,817.01 as of August 31, 2019.

[¶6]    In addition, Defendants have breached their agreements with Plaintiff regarding the purchase and sale of The Yellow Rose and are hereby ordered to pay Plaintiff his damages totaling $16,414,214.61 for the original purchase costs, commission and interest.

[¶7]    Plaintiff has incurred costs in this action including services fees in the amount of $216.00, clerk's fees in the amount of $80.00 and statutory fees in the amount of $12.00, for a combined total of $308.00 in costs and disbursements.

[¶8]    WITNESS, the hand of Honorable Kirsten M. Sjue, Judge of the District Court, County of Williams, State of North Dakota.

Date:    Signed: 9/16/2019 10:34:12 AM

Jody Fixen by [signature] Deputy
CLERK OF DISTRICT COURT