# EXHIBIT 24

January 20, 2014 Notarized Letter

[See Attached]



*the premier buyers, sellers, auctioneers & appraisers*
*of diamonds, fine art & antiques, fine & estate jewelry*

# JOSEPH DuMOUCHELLE

January 20, 2014

Tom Ritter
409 Main Street
Williston, ND 58801

Dear Tom,

Per our conversation this letter is to state the following per your request:

1. We do not have any liens and judgments against us nor have we had them in the past
2. We have been and are in good financial standing

Please let me know if you require further information.

Thank you.

Sincerely,

*Joseph DuMouchelle*

Joseph DuMouchelle

**CAROLINE PEREZ**
**Notary Public - State of New York**
No. 01PE6273889
**Qualified in Bronx County**
**My Commission Expires Dec. 24, 2016**

*Caroline Pey*
01/22/2014

17 KERCHEVAL AVENUE, GROSSE POINTE FARMS, MI 48236
phone: 313.884.4800 ~ 800.475.8898  fax: 313.884.7662  web: www.josephdumouchelle.com