# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci

    Debtors.
_____/

Chapter 7

Case No. 19-54531-lsg

Honorable Lisa S. Gretchko

Thomas T. Ritter

    Plaintiff,

v.

Joseph G. DuMouchelle and
Melinda J. Adducci

    Defendants.
_____/

Adversary Pro. No. 20-04381

## STIPULATION FOR ENTRY OF ORDER
## EXTENDING PARTIES' DEADLINE TO SUBMIT EXPERT REPORTS

Thomas Ritter ("Plaintiff"), and Joseph G. DuMouchelle and Melinda J. Adducci ("Defendants"), by their respective counsel, stipulate and agree to the entry of the proposed Order attached hereto as **Exhibit 1**.

Approved as to form and content:

| | |
|---|---|
| **TAFT STETTINIUS & HOLLISTER, LLP** | **JOHN R. FOLEY, P.C.** |
| By: /s/*Jay L. Welford* <br> Jay L. Welford (P34471) <br> Kimberly Ross Clayson (P69804) <br> 27777 Franklin, Suite 2500 <br> Southfield, MI 48034 <br> (248) 351-3000 <br> jwelford@taftlaw.com <br> kclayson@taftlaw.com | By: *ced/s/Patrick A. Foley* (w/permission) <br> Patrick A. Foley (P74323) <br> 18572 W. Outer Drive <br> Dearborn, MI 48128 <br> 313-274-7377 <br> pafoley@jrfpc.net |
| *Counsel to Plaintiff, Thomas Ritter* | *Counsel for Defendants, Joseph G. DuMouchelle and Melinda J. Adducci* |
| Dated: March 27, 2023 | Dated: March 27, 2023 |

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci

    Debtors.
_____/

Thomas T. Ritter

    Plaintiff,

v.

Joseph G. DuMouchelle and
Melinda J. Adducci

    Defendants.
_____/

Chapter 7

Case No. 19-54531-lsg

Honorable Lisa S. Gretchko

Adversary Pro. No. 20-04381

## ORDER EXTENDING PARTIES' EXPERT REPORT DEADLINE

**THIS MATTER** came before the Court on the stipulation between Plaintiff, Thomas Ritter ("Plaintiff") and Defendants, Joseph G. DuMouchelle and Melinda J. Adducci (collectively, "Defendants"), by their respective counsel, consenting to the terms of this Order. The Court has reviewed the Stipulation and based thereon, finds cause to enter this Order.

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Parties' deadline to submit expert reports is hereby extended to May 26, 2023.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci

    Debtors.
_____/

Thomas T. Ritter

    Plaintiff,

v.

Joseph G. DuMouchelle and
Melinda J. Adducci

    Defendants.
_____/

Chapter 7

Case No. 19-54531-lsg

Honorable Lisa S. Gretchko

Adversary Pro. No. 20-04381

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2023, my office caused to be served a copy of the *Stipulation For Entry Of Order Extending Parties' Deadline To Submit Expert Reports* by ECF notification to all parties who have filed an appearance in the above-captioned adversary proceeding.

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

By: /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com

Dated: March 27, 2023