# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci

    Debtors.
_____/

Chapter 7

Case No. 19-54531-lsg

Honorable Lisa S. Gretchko

Thomas T. Ritter

    Plaintiff,

v.

Joseph G. DuMouchelle and
Melinda J. Adducci

    Defendants.
_____/

Adversary Pro. No. 20-04381

## STIPULATION FOR ENTRY OF ORDER
## EXTENDING DISCOVERY CUT OFF

Thomas Ritter ("Plaintiff"), and Joseph G. DuMouchelle and Melinda J. Adducci ("Defendants"), by their respective counsel, stipulate and agree to the entry of the proposed Order attached hereto as **Exhibit 1**.

4873-5692-6047.v1

Approved as to form and content:

| | |
|---|---|
| **TAFT STETTINIUS & HOLLISTER, LLP** | **JOHN R. FOLEY, P.C.** |
| By: /s/*Jay L. Welford* <br> Jay L. Welford (P34471) <br> Kimberly Ross Clayson (P69804) <br> 27777 Franklin, Suite 2500 <br> Southfield, MI 48034 <br> (248) 351-3000 <br> jwelford@taftlaw.com <br> kclayson@taftlaw.com | By: */s/Patrick A. Foley* (w/permission) <br> Patrick A. Foley (P74323) <br> 18572 W. Outer Drive <br> Dearborn, MI 48128 <br> 313-274-7377 <br> pafoley@jrfpc.net |
| *Counsel to Plaintiff, Thomas Ritter* | *Counsel for Defendants, Joseph G. DuMouchelle and Melinda J. Adducci* |
| Dated: April 27, 2023 | Dated: April 27, 2023 |

# EXHIBIT 1

4873-5692-6047.v1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci

    Debtors.
_____/

Thomas T. Ritter

    Plaintiff,

v.

Joseph G. DuMouchelle and
Melinda J. Adducci

    Defendants.
_____/

Chapter 7

Case No. 19-54531-lsg

Honorable Lisa S. Gretchko

Adversary Pro. No. 20-04381

## ORDER EXTENDING DISCOVERY CUT OFF

**THIS MATTER** having come before the Court on the stipulation ("Stipulation"; ECF No. ___) between Plaintiff, Thomas Ritter ("Plaintiff") and Defendants, Joseph G. DuMouchelle and Melinda J. Adducci (collectively, "Defendants"), by their respective counsel, consenting to the terms of this Order. The Court has reviewed the Stipulation and based thereon, finds cause to enter this Order.

4873-5692-6047.v1

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Parties' discovery cut off deadline is extended to August 21, 2023;

**NOW, THEREFORE, IT IS FURTHER HEREBY ORDERED** that the Parties' expert report deadline is extended to August 7, 2023;

**NOW, THEREFORE, IT IS FURTHER HEREBY ORDERED** that the Parties' dispositive motion deadline is extended to September 29, 2023;

**NOW, THEREFORE, IT IS FURTHER HEREBY ORDERED** that the Parties' will be ready for trial on or after January 15, 2024.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph G. DuMouchelle and Melinda J. Adducci | Case No. 19-54531-lsg |
| | Honorable Lisa S. Gretchko |
| Debtors. _____/ | |
| Thomas T. Ritter | |
| Plaintiff, | |
| v. | |
| Joseph G. DuMouchelle and Melinda J. Adducci | Adversary Pro. No. 20-04381 |
| Defendants. _____/ | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2023, my office caused to be served a copy of the *Stipulation For Entry Of Order Extending Discovery Cut Off by* ECF notification to all parties who have filed an appearance in the above-captioned adversary proceeding.

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

By: /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
Dated:  April 27, 2023    kclayson@taftlaw.com