# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

JOSEPH DuMOUCHELLE and
MELINDA ADDUCCI,

        Debtors.

Case No. 19-54531
Chapter 7
Hon. Lisa S. Gretchko

_____/

THOMAS RITTER,

        Plaintiff,

v.

JOSEPH DuMOUCHELLE and
MELINDA ADDUCCI,

        Defendants.

Adv. Pro. No. 20-04381-lsg
Hon. Lisa S. Gretchko

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST JOSEPH DUMOUCHELLE DUE TO LACK OF SUBJECT MATTER JURISDICTION

For the reasons stated in the Court's written opinion filed today (ECF No. 116), all of which are incorporated herein,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment Against Joseph DuMouchelle (ECF No. 100) is denied because this Adversary Proceeding is moot as to him and, consequently, this Court lacks subject matter jurisdiction over this Adversary Proceeding as it relates to Joseph DuMouchelle.

**Signed on July 17, 2023**

/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**