UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci

    Debtors.
_____/

Thomas T. Ritter
    Plaintiff,
v.
Joseph G. DuMouchelle and
Melinda J. Adducci
    Defendants.
_____/

Chapter 7

Case No. 19-54531-lsg

Honorable Lisa S. Gretchko

Adversary Pro. No. 20-04381

**ORDER (I) EXTENDING DISCOVERY CUT OFF, EXPERT REPORT DEADLINE, AND DISPOSITIVE MOTION DEADLINE, AND (II) SCHEDULING ADJOURNED DATES FOR JOINT FINAL <u>PRETRIAL CONFERENCE AND TRIAL</u>**

**THIS MATTER** came before the Court on the stipulation ("Stipulation"; ECF No. 109) between Thomas Ritter ("Plaintiff") and Joseph G. DuMouchelle and Melinda J. Adducci (collectively, "Defendants") consenting to the terms of this Order. On July 24, 2023, the Court conducted a status conference regarding the Stipulation ("Status Conference"). Counsel for Plaintiff and counsel for the Defendants appeared at the Status Conference. The Court has reviewed the Stipulation, considered the statements made at the Status Conference, and is advised in the premises. Based upon

the Stipulation, the Court finds cause to enter this Order.

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Parties' discovery cut off deadline is extended to November 20, 2023.

**IT IS FURTHER ORDERED** that the Parties' expert report deadline is extended to November 6, 2023.

**IT IS FURTHER ORDERED** that the Parties' dispositive motion deadline is extended to December 28, 2023.

**IT IS FURTHER ORDERED that the joint final pretrial conference is adjourned to April 8, 2024 at 10:00 a.m. before the Honorable Lisa S. Gretchko, 211 W. Fort Street, 19th Floor, Courtroom 1975, Detroit, Michigan.**

**IT IS FURTHER ORDERED that the trial of this matter is adjourned to April 17, 2024 and April 18, 2024, at 9:00 a.m. before the Honorable Lisa S. Gretchko, 211 W. Fort Street, 19th Floor, Courtroom 1975, Detroit, Michigan.**

**IT IS FURTHER ORDERED** that, except as amended in this Order, the September 16, 2022 Adversary Proceeding Scheduling Order (ECF No. 47) remains in full force and effect.

**Signed on July 25, 2023**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**