UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. Dumouchelle, and
Melinda J. Adducci,

        Debtors.
_____/

Thomas T. Ritter,

        Plaintiff,
v.

Melinda J. Adducci

        Defendant.
_____/

Chapter 7
Case No. 19-54531

Honorable Lisa Gretchko

Adv. Pro No. 20-04381-pjs

Honorable Lisa Gretchko

## PLAINTIFF'S LIMITED OBJECTION TO MOTION TO WITHDRAW AS ATTORNEY BY PATRICK ANTHONY FOLEY

Plaintiff, Thomas T. Ritter, through his undersigned counsel hereby submits his limited objection ("Limited Objection") to Motion to Withdraw as Attorney by Patrick Anthony Foley (ECF No. 119; the "Withdrawal Motion"). For his Limited Objection, Plaintiff submits that the granting of the Withdrawal Motion should be conditioned on a substitution of counsel having first been filed to prevent undue delay in the progress of this proceeding.

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated: August 3, 2023   By:   /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Joseph G. Dumouchelle, and<br>Melinda J. Adducci,<br><br>   *Debtors.*<br>_____/<br><br>Thomas T. Ritter,<br><br>   *Plaintiff,*<br>v.<br><br>Melinda J. Adducci<br><br>   *Defendant.*<br>_____/ | Chapter 7<br>Case No. 19-54531<br><br>Honorable Lisa Gretchko<br><br><br>Adv. Pro No. 20-04381-pjs<br><br>Honorable Lisa Gretchko |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2023, my office caused to be served a copy of the *Plaintiff's Limited Objection to Motion to Withdraw as Attorney by Patrick Anthony Foley* using the Court's electronic filing system which will send notice to all ECF participants registered to receive notice.

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated: August 3, 2023  By:  /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com