UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Joseph G. DuMouchelle and<br>Melinda J. Adducci<br><br>       Debtors.<br>_____/ | Chapter 7<br><br>Case No. 19-54531-lsg<br><br>Honorable Lisa S. Gretchko |
| Thomas T. Ritter<br><br>       Plaintiff,<br><br>v.<br><br>Joseph G. Dumouchelle and<br>Melinda J. Adducci<br><br>       Defendants.<br>_____/ | <br><br><br><br><br><br><br>Adversary Pro. No. 20-04381 |

## NOTICE OF DEPOSITION OF MELINDA J. ADDUCCI

TO:  Melinda J. Adducci
       1221 Bowers #2595
       Birmingham, MI 48012

PLEASE TAKE NOTICE that Plaintiff, Thomas T. Ritter ("Plaintiff"), by his undersigned counsel, will take the deposition of Melinda J. Adducci on **Tuesday, October 17, 2023**, commencing at 10:00 a.m., and will continue day to day until complete, at Taft Stettinius & Hollister, 27777 Franklin Road, Suite 2500, Southfield, MI 48034.

The deposition will be an oral examination before a notary public or any other officer authorized by law to take a deposition. This deposition is being taken for the purposes of discovery and for any other purposes permitted by the Bankruptcy Court Rules and applicable law.

    Respectfully submitted by:

**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: August 22, 2023     By: /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com

*Counsel for Plaintiff Teodor Gelov*

| | |
|---|---|
| Joseph G. DuMouchelle and<br>Melinda J. Adducci | Chapter 7<br><br>Case No. 19-54531-lsg<br><br>Honorable Lisa S. Gretchko |
| Debtors.<br>_____/ | |
| Thomas T. Ritter<br><br>Plaintiff,<br><br>v.<br><br>Joseph G. Dumouchelle and<br>Melinda J. Adducci | <br><br><br><br><br>Adversary Pro. No. 20-04381 |
| Defendants.<br>_____/ | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, I caused to be served a copy of the *Notice Of Deposition Of Melinda J. Adducci* and *Certificate of Service* with the Clerk of the Court, which sends notice by operation of the Court's electronic filing service to all ECF participants registered to receive notice.

Respectfully submitted by:

**TAFT, STETTINIUS & HOLLISTER, LLP**

Dated: August 22, 2023

By: /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com