# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Joseph G. Dumouchelle, and
Melinda J. Adducci,

        Debtors.
_____/

Thomas T. Ritter,

        Plaintiff,

v.

Melinda J. Adducci,

        Defendant.
_____/

Chapter 7
Case No. 19-54531

Honorable Lisa Gretchko

Adv. Pro No. 20-04381-pjs

## PLAINTIFF'S LIMITED OBJECTION TO MOTION TO WITHDRAW AS ATTORNEY BY PATRICK ANTHONY FOLEY

Plaintiff, Thomas T. Ritter, through his undersigned counsel hereby submits his limited objection ("Limited Objection") to Motion to Withdraw as Attorney by Patrick Anthony Foley (ECF No. 135; the "Withdrawal Motion"). For his Limited Objection, Plaintiff submits that the granting of the Withdrawal Motion should be conditioned on a substitution of counsel having first been filed to prevent undue delay in the progress of this proceeding.

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated: September 29, 2023  By:  /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com

*Counsel for Thomas T. Ritter*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. Dumouchelle, and
Melinda J. Adducci,

        Debtors.
_____/

Thomas T. Ritter,

        Plaintiff,

v.

Melinda J. Adducci,

        Defendant.
_____/

Chapter 7
Case No. 19-54531

Honorable Lisa Gretchko

Adv. Pro No. 20-04381-pjs

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2023, my office caused to be served a copy of the *Plaintiff's Limited Objection to Motion to Withdraw as Attorney by Patrick Anthony Foley* using the Court's electronic filing system which will send notice to all ECF participants registered to receive notice.

Respectfully submitted by:

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated: September 29, 2023  By:  /s/ Jay L. Welford
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
Counsel to Plaintiff
27777 Franklin Road, Suite 2500
Southfield, Michigan 48034
Phone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com

*Counsel for Thomas T. Ritter*