Monday, October 10, 2023

Honorable Judge Lisa S. Gretchko
United States Bankruptcy Court
211 West Fort Street
Detroit, MI 48226

Dear Honorable Judge Gretchko,

I am writing to you as I cannot physically be in attendance at the hearing on Monday, October 16, 2023, at 1:00pm. I respectfully request that I be allowed enough time to be allowed to locate, find, interview and hire an attorney to the best of my choice to protect and defend me in the remaining adversarial cases.

I cannot be in attendance personally as I am working hard, diligently and daily to be able to get back on my feet again. I have been able to get a new job to try and pay my bills and expenses. I have been blessed with tremendous help from family over these past four years. I have little time off and have little left over to pay for travel. I completely and utterly respect the court, the court's time and Your Honor.

Since Mr. Foley wrote me, telling me he was quitting and that he would "try and defend me" until he was released, I have been working to seek new defense counsel. I was completely taken by surprise when he quit. I have sought qualified referrals from family and friends. I have spoken with a number of those who were recommended to me. I have found that many of these referrals were somehow previously connected with this case or had a conflict of some sort. One person I spoke with was highly qualified but required a substantial retainer which was well beyond my means and or anything I was able to do at any time. It has been difficult for me to try and do all of this while working long hours but I have done my best. As I mentioned, I am just now just getting back on my feet and trying my best to pay my bills and expenses, while trying to keep my job.

Additionally, over the past months, and weeks, I have been trying my best to find an amicable resolution to prevent further time and financial expense for all of those involved including the Honorable Court. I have requested of Mr. Foley, on a number of occasions, that he work with me and find a solution and resolution that would allow everyone to settle these proceedings.

I respectfully request at least 90 days to try and find a qualified defense counsel of my choice, who is able to help me, defend me, and who does not have a conflict in some way in this case. I need help and I am desperately trying to find it. I also respectfully ask that these proceedings be placed on hold until such a time as I can find a qualified defense counsel, who will accept and take on my case, that I can afford.

It has been four long years, much time and money have been spent, the court's valuable time and money have been spent continuing this case. Please, Your Honor, grant me the time needed to do my best to find someone to help me.

Respectfully and Sincerely,

*Melinda Adducci*

Melinda (Lindy) Adducci