# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci

    Debtors.
_____/

Thomas T. Ritter

    Plaintiff,

v.

Melinda J. Adducci,

    Defendant.
_____/

Chapter 7

Case No. 19-54531-lsg

Honorable Lisa S. Gretchko

Adversary Pro. No. 20-04381

## INDEX OF EXHIBITS
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST
DEFENDANT MELINDA ADDUCCI UNDER COUNTS III, V, AND VIII
OF PLAINTIFF'S SECOND AMENDED COMPLAINT

North Dakota Judgment ................................................................................ Exhibit 1

Articles of Formation .................................................................................... Exhibit 2

Deposition Transcript .................................................................................... Exhibit 3

LLC Annual Report Filings ........................................................................... Exhibit 4

January 25, 2019 Email ................................................................................. Exhibit 5

Information ................................................................................................... Exhibit 6

Plea Agreement ........................................................................................... Exhibit 7

Plea Transcript ............................................................................................ Exhibit 8

Presentence Opinion .................................................................................... Exhibit 9

Restitution Order ......................................................................................... Exhibit 10

Sophisticated Means Opinion ....................................................................... Exhibit 11

Order of Forfeiture ....................................................................................... Exhibit 12

Criminal Judgment ....................................................................................... Exhibit 13

Appeal .......................................................................................................... Exhibit 14

Appellate Judgment ..................................................................................... Exhibit 15

January 25, 2019 Email ................................................................................ Exhibit 16

Response to Discovery ................................................................................ Exhibit 17

Schedule E/F ................................................................................................ Exhibit 18