UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci

    Debtors.
_____/

Chapter 7

Case No. 19-54531-lsg

Honorable Lisa S. Gretchko

Thomas T. Ritter,

   Plaintiff,

v.

Melinda J. Adducci,

   Defendant.
_____/

Adversary Pro. No. 20-04381

## ORDER EXTENDING DEADLINES AND ADJOURNING TRIAL

**THIS MATTER** came before the Court on the stipulation ("Stipulation"; ECF No. 146) between Plaintiff, Thomas Ritter ("Plaintiff") and Defendant, Melinda J. Adducci ("Defendant"), by their respective counsel, consenting to the terms of this Order. On November 3, 2023, the Court held a hearing ("Hearing") on the Stipulation; counsel for Plaintiff and counsel for Defendant appeared at the Hearing. The Court has reviewed the Stipulation and other pertinent pleadings, has considered the statements made at the Hearing, and finds cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Parties' discovery cut off deadline is extended to February 20, 2024.

**IT IS FURTHER ORDERED** that the Parties' expert report deadline is extended to February 6, 2024.

**IT IS FURTHER ORDERED** that the Parties' dispositive motion deadline is extended to March 20, 2024.

**IT IS FURTHER ORDERED that the final pretrial conference (previously scheduled for January 22, 2024 at 10:00 a.m.) is adjourned to July 1, 2024 at 10:00 a.m. before the Honorable Lisa S. Gretchko, 211 W. Fort Street, 19th Floor, Courtroom 1975, Detroit, Michigan.**

**IT IS FURTHER ORDERED that trial of this matter (previously scheduled for January 31, 2024 and February 1, 2024) is adjourned to July 10, 2024 and July 11, 2024, at 9:00 a.m. before the Honorable Lisa S. Gretchko, 211 W. Fort Street, 19th Floor, Courtroom 1975, Detroit, Michigan.**

**IT IS FURTHER ORDERED** that, except as amended in this Order, the September 16, 2022 Adversary Proceeding Scheduling Order (ECF No. 47) remains in full force and effect.

**Signed on November 7, 2023**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**