DocuSign Envelope ID: 9EBDE86F-1F04-482C-9E1D-CDC1F2C029B5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| **In the Matter of:**<br>JOSEPH G. DUMOUCHELLE, and<br>MELINDA J. ADDUCCI,<br>                  *Debtors*. | Bank. Case No. 19-54531-lsg<br>Chapter 7<br>Hon. Lisa S. Gretchko |
| THOMAS T. RITTER,<br>                  *Plaintiff,*<br>v.<br>~~JOSEPH G. DUMOUCHELLE, and~~<br>MELINDA J. ADDUCI,<br>                  *Defendants.* | Adv. Pro. No. 20-04381-lsg<br>Hon. Lisa S. Gretchko |

## DEFENDANT'S CORRECTION TO RESPONSE
## TO PLAINTIFF'S DISCOVERY REQUESTS

**NOW COME** the Defendant, Melinda Adduci (*"Melinda"*), by and through her counsel, JOHN R. FOLEY, P.C., who hereby submits the following correction to her January 6, 2023 *Response to Discovery* (ECF No. 68):

The response to Interrogatory No. 4, located on Page 4, Paragraph 4, Sub-Paragraph "b", should include the word "not" after the words "I did" and before the word "negotiate" at the start of the first sentence of the first paragraph of Melinda's response.

Therefore, the first paragraph of Melinda's response to Interrogatory No. 4 should read as follows:

    b. **Melinda Response:** I did not negotiate or have knowledge of the reasons or details of any of the transfers

made. Joe negotiated/calculated/ effectuated any transfers. My only involvement was one day, while I was already in Tuscon, Arizona, for the AGA Gem Conference (Attachments 8 & 9) and Joe had missed the closing of the banks in Michigan, and the banks in Arizona were still open due to the time zone difference, Joe emailed the bank and setup the counter-checks/transfers (Attachments 1, 2, & 3) and called me and asked that I go to the bank and sign for them. (Attachments 4, 5, & 6). Joe simply asked me to go to the bank and sign if needed, as the only other signer on the account. Again, I had no knowledge of what these transfers were for, why they were being made, etc. And none of that money came to me.

---

### VERIFICATION

By signing below, I swear and affirm that the foregoing responses to discovery are true and accurate to the best of my knowledge, information, and belief.

_DocuSigned by:_
Melinda ADDUCCI                                    11/9/2023
*as to her correct answers/response only.*                Date

---

Respectfully Submitted,
**JOHN R. FOLEY, P.C.**
*Counsel for Defendant*

Dated: November 9, 2023        By: /s/ Patrick A. Foley
Patrick A. Foley (P74323)
18572 W. Outer Drive
Dearborn, MI 48128
Phone: (313) 274-7377
Email: pafoley@jrfpc.net

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

| | |
|---|---|
| **In the Matter of:**<br>JOSEPH G. DUMOUCHELLE, and<br>MELINDA J. ADDUCCI,<br>                          *Debtors.* | Bank. Case No. 19-54531-lsg<br>Chapter 7<br>Hon. Lisa S. Gretchko |
| THOMAS T. RITTER,<br>                          *Plaintiff,*<br>v.<br>~~JOSEPH G. DUMOUCHELLE, and~~<br>MELINDA J. ADDUCI,<br>                         *Defendants.* | Adv. Pro. No. 20-04381-lsg<br>Hon. Lisa S. Gretchko |

## **PROOF OF SERVICE**

      Patrick A. Foley hereby certifies that on November 9, 2023 he did serve a copy of the foregoing CORRECTED discovery response, upon counsel for the Plaintiff, THOMAS R. RITTER by emailing a copy of the same, via the Court's CM/ECF e-Filing System to:

- Kimberly Ross Clayson     kclayson@taftlaw.com, ttorni@taftlaw.com
- Jay L. Welford     jwelford@taftlaw.com, ttorni@taftlaw.com

                                                  Respectfully Submitted,
                                                  **JOHN R. FOLEY, P.C.**
                                                  *Counsel for Defendant*

Dated: November 9, 2023           By: /s/ Patrick A. Foley
                                                  Patrick A. Foley (P74323)
                                                  18572 W. Outer Drive
                                                  Dearborn, MI 48128
                                                  Phone: (313) 274-7377
                                                  Email: pafoley@jrfpc.net