UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and Melinda J. Adducci,

   Debtors.
_____/

Chapter 7

Case No. 19-54531

Honorable Lisa S. Gretchko

Thomas T. Ritter,

   Plaintiff,

v.

Melinda J. Adducci,

   Defendants.
_____/

Adversary Pro. No. 20-04381

## ORDER EXTENDING DEADLINES FOR (I) EXPERT REPORTS, (II) DISCOVERY CUT OFF, AND (III) DISPOSITIVE MOTIONS

**THIS MATTER** came before the Court upon the stipulation ("Stipulation"; ECF No. 161) between Thomas T. Ritter ("Plaintiff") and Melinda J. Adducci ("Defendant"), by their respective counsel, consenting to the terms of this Order. The Court has reviewed the Stipulation and based thereon, finds cause to enter this Order.

**NOW THEREFORE, IT IS HEREBY ORDERED** that the Parties' expert report deadline is extended to May 5, 2024.

**IT IS FURTHER ORDERED** that the Parties' discovery cut off deadline is extended to May 19, 2024.

**IT IS FURTHER ORDERED** that the Parties' dispositive motion deadline is extended to June 1, 2024.

**Signed on December 11, 2023**



/s/ Lisa S. Gretchko

Lisa S. Gretchko
United States Bankruptcy Judge