UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph G. DuMouchelle and Melinda J. Adducci, | Case No. 19-54531 |
| | Honorable Lisa Gretchko |
| Debtors. | |
| _____/ | |
| Thomas T. Ritter, | |
| Plaintiff, | |
| v. | |
| Melinda J. Adducci, | Adversary Pro. No. 20-04381 |
| Defendant. | |
| _____/ | |

**PROTECTIVE ORDER GOVERNING IMAGING AND INSPECTION OF DEFENDANT MELINDA ADDUCCI AND FORMER DEFENDANT JOSEPH DUMOUCHELLE'S RELEVANT ELECTRONIC DEVICES AND PROTECTION OF CONFIDENTIAL AND PRIVILEGED INFORMATION AND PRESERVATION OF PRIVILEGE IN THE EVENT OF INADVERTENT PRODUCTION OF PRIVILEGED MATERIAL**

**THIS MATTER** came before the Court upon stipulation ("Stipulation"; ECF No. 163) among Thomas Ritter ("Plaintiff") and Melinda J. Adducci ("Defendant"), by their respective counsel, and VESTIGE LTD, d/b/a "Vestige Digital Investigations", of 23 Public Square, Suite 250, Medina, OH 44256 ("Vestige"), by and though its authorized representative, consenting to the terms of this Order. The

Stipulation recites that Vestige, by signing the Agreement Regarding Electronic Discovery ("Agreement") attached to the Stipulation, has voluntarily submitted to the jurisdiction of this Court. The Court has reviewed the Stipulation and based thereon, finds cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The Agreement attached to the Stipulation is adopted by the Court, for purposes of enforcement of the rights and obligations agreed to thereunder.

2. The adoption of the Agreement in this Order shall not be deemed or construed to be a finding of fact by this Court as to any factual statements set forth in the Agreement.

3. This Court shall exercise personal jurisdiction over Vestige for enforcement of the terms of the Agreement.

4. The parties to the Agreement shall all govern themselves according to, and shall comply with, the terms of the Agreement.

**Signed on December 21, 2023**



/s/ Lisa S. Gretchko

Lisa S. Gretchko
United States Bankruptcy Judge