# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci

          Debtors.
_____/

Thomas T. Ritter

     Plaintiff,

v.

Melinda J. Adducci

     Defendant.
_____/

Chapter 7

Case No. 19-54531-lsg

Honorable Lisa S. Gretchko

Adversary Pro. No. 20-04381

## STIPULATED ORDER SETTING PRE-TRIAL STATUS CONFERENCE ON JUNE 10, 2024

**THIS MATTER** came before the Court upon the stipulation ("Stipulation"; ECF No. 176) between Plaintiff and Defendant, through their respective counsel, consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that counsel for Plaintiff and counsel for Defendant shall appear on **June 10, 2024 at 3:00 p.m.** for a status conference to address the current dates and deadlines in this adversary proceeding. The foregoing status conference will be held in person before the Honorable Lisa S. Gretchko at 211 W. Fort Street, Courtroom 1975, Detroit, Michigan 48226.

**Signed on June 5, 2024**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**