UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci

    Debtors.
_____/

Chapter 7

Case No. 19-54531-lsg

Honorable Lisa S. Gretchko

Thomas T. Ritter,

    Plaintiff,

v.

Melinda J. Adducci,

Adversary Pro. No. 20-04381

    Defendant.
_____/

## STIPULATED ORDER ADJOURNING FINAL PRETRIAL AND TRIAL

THIS MATTER came before the Court upon the stipulation ("Stipulation"; ECF No. 181) between Thomas Ritter ("Plaintiff") and Melinda J. Adducci ("Defendant"), by their respective counsel, consenting to the terms of this Order. The Court has reviewed the Stipulation and other pertinent pleadings. Based upon the Stipulation, the Court finds cause to enter this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the final pretrial conference (previously scheduled for July 1, 2024 at 10:00 a.m. is adjourned to

**October 7, 2024 at 10:00 a.m. before the Honorable Lisa S. Gretchko, 211 W. Fort Street, 19th Floor, Courtroom 1975, Detroit, Michigan.**

IT IS FURTHER ORDERED that trial of this matter (previously scheduled for July 10, 2024 and July 11, 2024) is adjourned to **October 16, 2024 and October 17, 2024, at 9:00 a.m. before the Honorable Lisa S. Gretchko, 211 W. Fort Street, 19th Floor, Courtroom 1975, Detroit, Michigan**.

**Signed on June 27, 2024**



**/s/ Lisa S. Gretchko**

**Lisa S. Gretchko
United States Bankruptcy Judge**