# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph G. DuMouchelle and  Melinda J. Adducci, | Case No. 19-54531-lsg |
| | Honorable Lisa S. Gretchko |
| Debtors. _____/ | |
| Thomas T. Ritter, | |
| Plaintiff, | |
| v. | |
| Melinda J. Adducci, | Adversary Pro. No. 20-04381 |
| Defendant. _____/ | |

## PLAINTIFF'S PRETRIAL DISCLOSURES

Plaintiff, Thomas T. Ritter ("Plaintiff"), by and through his undersigned counsel, hereby submits *Plaintiff's Pre-Trial Disclosures* pursuant to Fed. R. Civ. P. 26(a)(3) / Fed. R. Bankr. P. 7026 for the trial in the above-captioned adversary proceeding to be held on October 16, 2024.

**Plaintiff's Witnesses**

    Will call:    (a)    Plaintiff (fact witness)

    May call:    (a)    Teodor Gelov (fact witness)
                        (c)    Melinda Adducci ("M. Adducci") (fact witness)

(d) Lauren Lynch (fact witness)
(e) All witnesses disclosed or identified by Defendant in this adversary proceeding
(f) All necessary foundational or authentication witnesses
(g) All rebuttal witnesses

**Plaintiff's Exhibit List**

| Exhibit No. | Description |
|---|---|
| 1 | Photo, The Yellow Rose |
| 2 | Bank of America Bank Counter Checks |
| 3 | Bank of America Cashier's Checks |
| 4 | Bank of America Business Checking Account Signature Cards |
| 5 | Bank of America DuMouchelle's Jewellers Feb. 2019 Statement |
| 6 | September 12, 2019 Williams County District Court, North Dakota, Findings of Fact and September 16, 2019 Williams County District Court, North Dakota, Judgment |
| 7 | January 25, 2019 – January 28, 2019 Email Chain and Attachment |
| 8 | January 30, 2019 Letter Agreement re Purchase of The Yellow Rose |
| 9 | January 31, 2019 Email from Plaintiff to Joseph DuMouchelle (J. DuMouchelle) and M. Adducci |
| 10 | January 31, 2019 Wire Information Emails from J. DuMouchelle |
| 11 | February 1, 2019 Wire Information Email from J. DuMouchelle |
| 12 | Chase wire form to Highland Wealth Management |
| 13 | February 6, 2019 Email by J. DuMouchelle to Plaintiff |
| 14 | Chase wire form to FineMark National Bank and Trust |
| 15 | February 6, 2019 Receipt re The Yellow Rose |
| 16 | February 7, 2019 Brinks Request for Hawb Label |
| 17 | March 20, 2019 Draft Letter Agreement re The Yellow Rose |
| 18 | March 24, 2019 email chain between Plaintiff to J. DuMouchelle |
| 19 | April 12, 2019 Letter of Authority re The Yellow Rose signed by Sam Haggin |
| 20 | May 13, 2019 Email from Plaintiff to J. DuMouchelle and M. Adducci |
| 21 | June 10, 2019 Email from Plaintiff to J. DuMouchelle and M. Adducci |

| Exhibit No. | Description |
|---|---|
| 22 | June 21, 2019 Email from Plaintiff to J. DuMouchelle and M. Adducci |
| 23 | July 2, 2019 Email from Plaintiff to J. DuMouchelle and M. Adducci |
| 24 | August 30, 2019 Affidavit of Plaintiff |
| 25 | June 16, 2020 J. DuMouchelle Information |
| 26 | September 17, 2020 Rule 11 Plea Agreement |
| 27 | Bank of America Withdrawal Slips signed by M. Adducci |
| 28 | June 14, 2019 Email from R. Gostevsky to J. Whipple |
| 29 | Defendant's Response to Plaintiff's Discovery Request [ECF No. 63] |
| 30 | June 7, 2019 Deposition Transcript of J. DuMouchelle |
| 31 | June 6, 2019 Deposition Transcript of M. Adducci |
| 32 | September 3, 2019 (pm) Deposition Transcript of M. Adducci |
| 33 | Video Deposition of M. Adducci September 3, 2019 |
| 34 | Video Deposition of M. Adducci June 6, 2019 |
| 35 | J. DuMouchelle Guilty Plea Hearing Transcript |
| 36 | July 27, 2022 Opinion and Order re Defendant's Objections to the Presentence Investigation Report |
| 37 | July 27, 2022 Opinion and Order re The Amount of Loss and Restitution |
| 38 | Opinion & Order re Application of the Sophisticated Means Enhancement |
| 39 | Order (1) Granting The Government's Application To Amend The Preliminary Order Of Forfeiture (Dkt. 100) And (2) Amending The Preliminary Order Of Forfeiture (Dkt. 41) |
| 40 | Criminal Judgment |
| 41 | February 14, 2023 Sixth Circuit Appellate Order |
| 42 | Rule 341 transcript of M. Adducci |
| 43 | March 7, 2019 Recording of call between Ted Gelov, M. Adducci and J. DuMouchelle |
| 44 | Transcripts (written and video) of depositions to be taken in Teodore Gelov v. M. Adducci and Plaintiff v. M. Adducci adversary proceedings scheduled for September 23, 2024 and September 30, 2024 |

Plaintiff reserves the right to amend and to supplement his Witness List and Exhibit List. Furthermore, Plaintiff's exhibit list is subject to change based on what is discovered through ESI.

        Respectfully submitted,

**TAFT STETTINIUS & HOLLISTER, LLP**

Dated: September 16, 2024   By:  /s/Jay L. Welford
        Jay L. Welford (P34471)
        Kimberly Ross Clayson (P69804)
        27777 Franklin, Suite 2500
        Southfield, MI 48034
        (248) 351-3000
        jwelford@taftlaw.com
        kclayson@taftlaw.com

        *Counsel to Plaintiff, Thomas Ritter*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci,

      Debtors.
_____/

Thomas T. Ritter,

    Plaintiff,

v.

Melinda J. Adducci,

    Defendant.
_____/

Chapter 7

Case No. 19-54531-lsg

Honorable Lisa S. Gretchko

Adversary Pro. No. 20-04381

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, I caused to be served a copy of the ***Plaintiff's Pretrial Disclosures*** and this ***Certificate of Service*** by using the Court electronic filing system which will send notification of such filing to all parties listed on the ECF list in the above-captioned case.

**Taft Stettinius & Hollister LLP**

By: /s/*R. Christopher Cataldo*
Jay L. Welford (P34471)
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Telephone: (248) 351-3000
jwelford@taftlaw.com
kclayson@taftlaw.com

Dated: September 16, 2024 *Counsel to Plaintiff, Thomas T. Ritter*