UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **In the Matter of:**<br>JOSEPH G. DUMOUCHELLE, and<br>MELINDA J. ADDUCCI,<br>　　　　*Debtors*. | Bank. Case No. 19-54531-lsg<br>Chapter 7<br>Hon. Lisa S. Gretchko |
| THOMAS T. RITTER,<br>　　　　*Plaintiff,*<br>v.<br>MELINDA J. ADDUCI,<br>　　　　*Defendant.* | Adv. Pro. No. 20-04381-lsg<br>Hon. Lisa S. Gretchko |

## DEFENDANT'S PRETRIAL DISCLOSURES

**NOW COMES** Defendant, Melinda J. Adducci, by and through her undersigned counsel, hereby submits *Defendant's Pre-Trial Disclosures* pursuant to Fed. R. Civ. P. 26(a)(3) / Fed. R. Bankr. P. 7026 for the trial in the above-captioned adversary proceeding to be held on October 16, 2024.

### Defendant's Witnesses

**Will call:**

(a) Melinda J. Adducci (fact witness)

**May call:**

(a) Lauren Lynch (fact witness)

(b) Thomas T. Ritter (Plaintiff)

(c) All witnesses disclosed or identified by Plaintiff in this adversary proceeding

(d) All necessary foundational or authentication witnesses

(e) All rebuttal witnesses

## Defendant's Exhibit List

Defendant claims the following exhibits for potential use at Trial, and further reserves the right to use any and all documents listed in Plaintiff's Exhibit List:

1. Photo(s), The Yellow Rose

2. Bank of America Bank Counter Checks

3. Bank of America Cashier's Checks

4. Bank of America Business Checking Account Signature Cards

5. Bank of America DuMouchelle's Jewellers Feb. 2019 Statement

6. September 12, 2019 Williams County District Court, North Dakota, Findings of Fact and September 16, 2019 Williams County District Court, North Dakota, Judgment

7. January 25, 2019 – January 28, 2019 Email Chain and Attachment

8. January 30, 2019 Letter Agreement re Purchase of The Yellow Rose

9. January 31, 2019 Email from Plaintiff to Joseph DuMouchelle (J. DuMouchelle) and M. Adducci

10. January 31, 2019 Wire Information Emails from J. DuMouchelle

11. February 1, 2019 Wire Information Email from J. DuMouchelle

12. Chase wire form to Highland Wealth Management

13. February 6, 2019 Email by J. DuMouchelle to Plaintiff

14. Chase wire form to FineMark National Bank and Trust

15. February 6, 2019 Receipt re The Yellow Rose

16. February 7, 2019 Brinks Request for Hawb Label

17. March 20, 2019 Draft Letter Agreement re The Yellow Rose

18. March 24, 2019 email chain between Plaintiff to J. DuMouchelle

19. April 12, 2019 Letter of Authority re The Yellow Rose signed by Sam Haggin

20. May 13, 2019 Email from Plaintiff to J. DuMouchelle and M. Adducci

21. June 10, 2019 Email from Plaintiff to J. DuMouchelle and M. Adducci

22. June 21, 2019 Email from Plaintiff to J. DuMouchelle and M. Adducci

23. July 2, 2019 Email from Plaintiff to J. DuMouchelle and M. Adducci

24. August 30, 2019 Affidavit of Plaintiff

25. June 16, 2020 J. DuMouchelle Information

26. September 17, 2020 Rule 11 Plea Agreement

27. Bank of America Withdrawal Slips signed by M. Adducci

28. June 14, 2019 Email from R. Gostevsky to J. Whipple

29. Defendant's Response to Plaintiff's Discovery Request [ECF No. 63]

30. June 7, 2019 Deposition Transcript of J. DuMouchelle

31. June 6, 2019 Deposition Transcript of M. Adducci

32. September 3, 2019 (pm) Deposition Transcript of M. Adducci

33. Video Deposition of M. Adducci September 3, 2019

34. Video Deposition of M. Adducci June 6, 2019

35. J. DuMouchelle Guilty Plea Hearing Transcript

36. July 27, 2022 Opinion and Order re Defendant's Objections to the Presentence Investigation Report

37. July 27, 2022 Opinion and Order re The Amount of Loss and Restitution

38. Opinion & Order re Application of the Sophisticated Means Enhancement

39. Order (1) Granting The Government's Application To Amend The Preliminary Order Of Forfeiture (Dkt. 100) And (2) Amending The Preliminary Order Of Forfeiture (Dkt. 41)

40. Criminal Judgment

41. February 14, 2023 Sixth Circuit Appellate Order

42. Rule 341 transcript of M. Adducci

43. March 7, 2019 Recording of call between Ted Gelov, M. Adducci and J. DuMouchelle

44. Transcripts (written and video) of depositions to be taken in Teodore Gelov v. M. Adducci and Plaintiff v. M. Adducci adversary

Page 4 of 6
20-04381-lsg    Doc 186    Filed 09/16/24    Entered 09/16/24 17:07:40    Page 4 of 6

proceedings scheduled for September 23, 2024 and September 30, 2024

45. Any and all pleadings in this case or in the state court litigation between the parties.

46. Plaintiff/Ritter's responses to discovery.

Defendant reserves the right to supplement or amend this list based on any new evidence or developments discovered before trial.

Respectfully submitted,
**JOHN R. FOLEY, P.C.**
*Counsel for Defendant*

By: /s/ Patrick A. Foley
Patrick A. Foley, Esq. (P74323)
18572 W. Outer Dr.
Dearborn, MI 48128
pafoley@jrfpc.net

Dated: September 16, 2024

**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In the Matter of:** | |
| JOSEPH G. DUMOUCHELLE, and MELINDA J. ADDUCCI, | Bank. Case No. 19-54531-lsg |
| | Chapter 7 |
| *Debtors.* | Hon. Lisa S. Gretchko |
| | |
| THOMAS T. RITTER, | Adv. Pro. No. 20-04381-lsg |
| *Plaintiff,* | Hon. Lisa S. Gretchko |
| v. | |
| MELINDA J. ADDUCI, | |
| *Defendant.* | |

## CERTIFICATE OF SERVICE

     Patrick A. Foley hereby certifies that on September 16, 2024, a copy of the foregoing *Defendant's Pretrial Disclosures,* and this *Certificate of Service* were served electronically via the Court's CM/ECF system, which cased the same to be sent to counsel for Plaintiff, via email to the address(es) of record in the CM/ECF system.

     Respectfully submitted,
**JOHN R. FOLEY, P.C.**
*Counsel for Defendant*

By: /s/ Patrick A. Foley
Patrick A. Foley, Esq. (P74323)
18572 W. Outer Dr.
Dearborn, MI 48128
pafoley@jrfpc.net

Dated: September 16, 2024