UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Joseph G. DuMouchelle and<br>Melinda J. Adducci,<br><br>        Debtors.<br>_____/ | Chapter 7<br><br>Case No. 19-54531-lsg<br><br>Hon. Lisa S. Gretchko |
| Thomas T. Ritter,<br><br>        Plaintiff,<br><br>v.<br><br>Melinda J. Adducci,<br><br>        Defendant.<br>_____/ | <br><br><br><br><br><br>Adversary Pro. No. 20-04381 |

### ORDER REGARDING PLAINTIFF'S MOTION TO (1) COMPEL DEFENDANT'S PRODUCTION OF ESI RECORDS, (2) REOPEN DISCOVERY, AND (3) ADJOURN TRIAL

THIS MATTER came before the Court upon Plaintiff's Motion to (1) Compel Production of ESI Records, (2) Reopen Discovery, and (3) Adjourn Trial ("Motion"; ECF 188). On October 7, 2024, the Court held an expedited hearing ("Hearing") on the Motion's requests to reopen discovery and to adjourn the trial, and a status conference on the Motion's request for an order compelling production of ESI records. Counsel for Plaintiff and counsel for Defendant appeared at the Hearing.

The Court has reviewed the Motion and other pertinent pleadings, has considered the statements made at the Hearing, and is advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that, for the reasons stated on the record at the Hearing:

a. The final pretrial conference and the trial are adjourned to dates to be determined after further proceedings as scheduled by the Court pursuant to its October 7, 2024 minute entries to the docket ("Extended Discovery Schedule");

b. Discovery is reopened for the limited purpose of completion of the parties' discovery of electronically stored information ("ESI") according to the Extended Discovery Schedule; and

c. Plaintiff's request in the Motion for further depositions is reserved until after the conclusion of the Extended Discovery Schedule and Defendant's completion of ESI production.

IT IS FURTHER ORDERED that this Order is entered without prejudice to the rights of either Plaintiff or Defendant to request additional relief with respect to discovery for good cause shown.

**Signed on October 11, 2024**



/s/ Lisa S. Gretchko
Lisa S. Gretchko
United States Bankruptcy Judge