Nanci Knott + Co.　　　　　　　　　October 8, 2024
911 Springfield Road
Union, New Jersey 07083
908-653-1122

Dear Honorable Gretchko,

My name is Nanci Knott. I am the owner of Nanci Knott + Co. I am also a Graduate Gemologist. I have been in the Jewelry Industry for well over 40 years.

I would like to say, on behalf of Lindy Adducci, that she has an exemplary reputation within the Jewelry sector. She is honest, supportive and trustworthy beyond measure. She has been an active and valuable member of our industry. Lindy is held in the highest regard by her clients as well as her peers. Over the years we have developed a close relationship. I have learned so much from her while working side by side. She has extensive knowledge, which she is always excited to impart on others.

Respectfully,
Nanci Knott