October 10, 2024

Honorable Lisa S. Gretchko
Eastern District of Michigan
211 W. Fort Street
21st Floor, Suite 1950
Detroit, MI 58226

RE: Letter of character for Lindy Adducci

Dear Judge Gretchko:

My name is Carroll Hegge and I am the oldest brother to Lindy Adducci, the defendant under this court hearing. Lindy, my brothers, and I grew up on a farm in the northwest corner of North Dakota. Living on a farm we were sheltered from numerous bits of both the good and bad of the world. As Lindy and I have always been pretty close, I know that she would never conspire to hurt or defraud anyone! I can say without a doubt that she is a person of very good moral character and honesty. Lindy operates with integrity and is a very dedicated and hard working woman. I would trust her whole heartly!

Thank you for your consideration.

Respectfully,

*Carroll Hegge*

Carroll Hegge
1207-4th Ave. East
Williston, ND 58801