FILED '24 OCT 11 PM2:37
US BANKRUPTCY MIE-DET

# PETER J. DURAND

717 Westchester Road
Grosse Pointe Park, Michigan 48230

October 9, 2024

Honorable Lisa S. Gretchko
U.S. Bankruptcy Court
Eastern District of Michigan
211 W. Fort Street, Ste. 1950
Detroit, Michigan 48226

Re: Melinda J. Adducci

Dear Judge Gretchko,

I am a retired attorney and a member of the Eastern District of Michigan bar for over 40 years. I understand that some type of decision may soon be made in the case involving Melinda ("Lindy") Adducci and her husband Joseph G. DuMouchelle, and that letters regarding Lindy's knowledge and intentions regarding the embezzlement may be helpful. I refer to it as "the embezzlement" because I understand that Joe was convicted of embezzlement and is serving a sentence.

I have known Joe and Lindy as personal friends for over 20 years. I have only seen them once since the embezzlement proceedings started and no discussion of the facts and circumstances of the embezzlement occurred at that meeting.

As a former litigator I certainly understand the difficulty of proving "intentional" acts at trial. I have no special knowledge of Lindy's intention (if any) at the time, but I find it difficult to believe she intended to defraud a relative. In my experience Lindy has never demonstrated the cold, calculating and detached actions necessary to intentionally defraud anyone. It doesn't seem to be in her personality. I can add to this only my observation that her husband, Joe, was the one who always seemed to be "in the lead" and carrying the details of the business in his head.

I hope this may be some help in this difficult and emotional situation.

Peter J. Durand
(248) 495-6777
peterdurand1@icloud.com