# SUBURBAN JEWELRY APPRAISAL LLC

21059 Parkwood Drive 248-719-2982
South Lyon, Mi. 48178 btsjewelry@aol.com

Betty Trybuski
21059 Parkwoods Drive
South Lyon, Mi. 48178
btsjewelry@aol.com
248-719-2982
October 9 2024

Honorable Lisa S. Gretchko
Eastern District of Michigan
211 W. fort Street
21st Floor Ste.1950
Detroit, Mi. 48226

Dear Honorable Lisa S.Gretchko,
I am writing this letter to provide a character reference Melinda Adducci.Being in the jewelry industry I had the opportunity to assist in several of her company's jewelry auctions in Michigan. I assisted in the previous weeks preview of the items to be auctioned and the day of the auction. At no time have I ever seen, heard or witness anything that was not honest and fair. Melinda always presented herself in a professional manner being truthful, transparent in all of her sales including retail market. I have never heard anything other than I have stated. Melinda has always shown the trust, honesty that is imperative to a successful jewelry career.
In addition to her professional qualities, Melinda is a real caring person who holds her integrity and self respect high. She is a mother and a grandmother. She would never do anything to harm anyone in any way.

Best regards,
Betty Trybuski
Suburban Jewelry Appraisal LLC
GIA Gemologist
ISA Accredited Associate Member/Appraiser
Member Diamond Council of America
Member DIA aLUMNI Board of Directors (2001-2003)