# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

JOSEPH DuMOUCHELLE and
MELINDA ADDUCCI,
        Debtors.
_____/

Case No. 19-54531
Chapter 7
Hon. Lisa S. Gretchko

THOMAS A. RITTER,
        Plaintiff,

v.

MELINDA ADDUCCI,
        Defendant.
_____/

Adv. Pro. No. 20-04381-lsg
Hon. Lisa S. Gretchko

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF ORDER OVERRULING DEFENDANT'S RELEVANCY OBJECTION TO PRODUCTION OF ELECTRONICALLY STORED INFORMATION <u>PREVIOUSLY WITHHELD</u>

For the reasons stated in the Court's written opinion filed today (ECF No. 218), all of which are incorporated herein,

IT IS HEREBY ORDERED that Defendant's Motion for Reconsideration of Order Overruling Defendant's Relevancy Objection to Production of Electronically Stored Information Previously Withheld (ECF No. 216) is denied.

**Signed on December 16, 2024**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**