UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci,

    Debtors.
_____/

Chapter 7

Case No. 19-54531-lsg

Hon. Lisa S. Gretchko

Thomas T. Ritter,

    Plaintiff,

v.

Melinda J. Adducci,

    Defendant.
_____/

Adversary Pro. No. 20-04381

## ORDER OVERRULING DEFENDANT'S OBJECTION TO PRODUCTION OF ELECTRONICALLY STORED INFORMATION WITHHELD ON SPOUSAL PRIVILEGE GROUNDS

THIS MATTER came before the Court on February 24, 2025 for the continued hearing ("Hearing") pursuant to the Stipulated Order Setting Schedule Regarding Privilege Issues Pertaining to Discovery of ESI (ECF No. 215, as amended at ECF No. 230). Counsel for the Plaintiff and counsel for the Defendant appeared at the Hearing. The Court has reviewed pertinent pleadings, has considered the statements made at the Hearing, and is advised in the premises.

NOW, THEREFORE, IT IS HEREBY ORDERED that, for the reasons stated on the record at the Hearing, the Defendant's objection to production of ESI on spousal privilege grounds is overruled.

IT IS FURTHER ORDERED that Archer Hill is authorized and directed to produce (to both Plaintiff's counsel and Defendant's counsel) all ESI files identified in the chart contained in the parties' Joint Statement Summarizing Remaining Issues of Privilege as to ESI Discovery (ECF No. 227) as "Joseph's Laptop Data, Spousal Privilege–Business Communications, 109 Files".

IT IS FURTHER ORDERED that the foregoing production shall be completed within seven (7) days after the entry of this Order.

**Signed on February 27, 2025**

/s/ Lisa S. Gretchko
_____
Lisa S. Gretchko
United States Bankruptcy Judge