UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci,

   Debtors.
_____/

Chapter 7

Case No. 19-54531-lsg

Hon. Lisa S. Gretchko

Thomas T. Ritter,

 Plaintiff,
v.

Melinda J. Adducci,

 Defendant.
_____/

Adversary Pro. No. 20-04381

## STIPULATION FOR ORDER SCHEDULING STATUS CONFERENCE

  Thomas T. Ritter ("Plaintiff") and Melinda J. Adducci ("Defendant" and together with Plaintiff, the "Parties"), by their respective counsel, stipulate and agree to the entry of the proposed Order attached hereto as **Exhibit 1** to set a status conference to determine the scheduling of trial and other related dates and deadlines for the reason that the Parties are ready to proceed to trial.

  **WHEREFORE**, the Parties pray for entry of an appropriate order.

Approved as to form and content:

Approved as to form and content:

| | |
|---|---|
| **TAFT STETTINIUS & HOLLISTER, LLP** | **JOHN R. FOLEY, P.C.** |
| By: /s/Kimberly Ross Clayson<br>Jay L. Welford (P34471)<br>R. Christopher Cataldo (P39353)<br>Kimberly Ross Clayson (P69804)<br>27777 Franklin, Suite 2500<br>Southfield, MI 48034<br>(248) 351-3000<br>jwelford@taftlaw.com<br>ccataldo@taftlaw.com<br>kclayson@taftlaw.com | By: */s/Patrick A. Foley* (w/permission)<br>Patrick A. Foley (P74323)<br>18572 W. Outer Drive<br>Dearborn, MI 48128<br>313-274-7377<br>pafoley@jrfpc.net |
| *Counsel to Plaintiff, Thomas T. Ritter* | *Counsel for Defendant, Melinda J. Adducci* |
| Dated: May 1, 2025 | Dated: May 1, 2025 |

# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Joseph G. DuMouchelle and
Melinda J. Adducci,

      Debtors.
_____/

Chapter 7

Case No. 19-54531-lsg

Hon. Lisa S. Gretchko

Thomas T. Ritter,

    Plaintiff,

v.

Melinda J. Adducci,

    Defendant.
_____/

Adversary Pro. No. 20-04381

## ORDER SCHEDULING STATUS CONFERENCE

**THIS MATTER** having come before the Court on the stipulation ("Stipulation"; ECF No. _____) between Plaintiff, Thomas T. Ritter ("Plaintiff") and Defendant, Melinda J. Adducci ("Defendant" and together with Plaintiff, the "Parties"), by their respective counsel, consenting to the terms of this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that counsel for the Parties shall appear for a status conference on _____ ___, 2025 before the Honorable

Lisa S. Gretchko, 211 W. Fort Street, 19th Floor, Courtroom 1975, Detroit, Michigan for the purpose of scheduling trial and related dates and deadlines.