# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

| | |
|---|---|
| | Case No. 19-54531 |
| JOSEPH DuMOUCHELLE  and | Chapter 7 |
| MELINDA J. ADDUCCI, | Hon. Lisa S. Gretchko |
| Debtors. | |

_____/

THOMAS RITTER,

|  |  |
|---|---|
| Plaintiff, | Adv. Pro. No. 20-04381-lsg |
| | Hon. Lisa S. Gretchko |

v.

MELINDA J. ADDUCCI,

Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO REOPEN DISCOVERY FOR LIMITED PURPOSE, ORDER RESPONSES TO POST-ESI DISCOVERY REQUESTS, AND TO ALLOW JOSEPH DUMOUCHELLE TO TESTIFY (ECF NO. 257)

On November 6, 2025, the Court issued an Opinion Denying Defendant's Motion to Reopen Discovery and to Allow Joseph DuMouchelle to Testify (the "Opinion"; ECF No. 267).  For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reopen Discovery for Limited Purpose, Order Responses to Post-ESI Discovery Requests, and to Allow Joseph DuMouchelle to Testify (ECF No. 257) is denied.

**Signed on November 6, 2025**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**