**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**In the Matter of:**

| | |
|---|---|
| JOSEPH G. DUMOUCHELLE, and MELINDA J. ADDUCCI, *Debtors*. | Bank. Case No. 19-54531-lsg<br>Chapter 7<br>Hon. Lisa S. Gretchko |
| THOMAS T. RITTER, *Plaintiff,*<br>v.<br>MELINDA J. ADDUCCI, *Defendant.* | Adv. Pro. No. 20-04381-lsg<br>Hon. Lisa S. Gretchko |

## ORDER SCHEDULING TRIAL, FINAL PRETRIAL CONFERENCE, AND RELATED DEADLINES

**THIS MATTER** came before the Court upon the stipulation ("Stipulation"; ECF No. 272) of Plaintiff and Defendant consenting to the entry of this Order, following the Court's January 6, 2026 telephonic status conference ("January 2026 Conference") with counsel for both parties to this adversary proceeding. The Court has reviewed the Stipulation, has considered the statements made at the January 2026 Conference, and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. **Exhibit/Draft of Joint Final Pretrial Order.** The parties shall file a draft Joint Final Pretrial Order (as an exhibit, not for entry) on or before January 26, 2026.

2. **In-Person Status Conference on Exhibit/Draft Joint Final Pretrial Order.** An in-person status conference shall be held on February 2, 2026 at 2:00 p.m. in Courtroom 1975 of the United States Bankruptcy Court, 211 West Fort Street, Detroit, Michigan to: (i) review the Exhibit/Draft Joint Final Pretrial Order filed (as an exhibit, not for entry) pursuant to the preceding paragraph

of this Order, (ii) identify any unresolved issues, and (iii) help ensure timely completion of all pretrial requirements.

3. **Pretrial Briefing Schedule:** Plaintiff's pretrial brief is due on February 23, 2026. Defendant's pretrial brief is due on March 2, 2026. Plaintiff's reply brief (which shall be limited to addressing the issues raised in Defendant's pretrial brief) is due on March 9, 2026. Unless otherwise permitted by separate Court order, pretrial briefs shall not exceed 25-pages in length, and Plaintiff's reply brief shall not exceed 7-pages in length.

4. **Filing of Final Joint Final Pretrial Order.** The parties shall file the proposed Joint Final Pretrial Order on or before March 9, 2026.

5. **Proposed Findings of Fact and Conclusions of Law**: Each party shall file proposed findings of fact and conclusions of law on or before March 12, 2026.

6. **Final Pretrial Conference.** A Final Pretrial Conference shall be held in person on <u>March 16, 2026 at 10:00 a.m., in Courtroom 1975 of the United States Bankruptcy Court, 211 West Fort Street, Detroit, Michigan</u>. Counsel shall appear in person; client attendance is not required unless otherwise ordered.

7. **Trial Schedule.** Trial in this adversary proceeding shall commence and proceed in Courtroom 1975 of the United States Bankruptcy Court, 211 West Fort Street, Detroit, Michigan, on the following dates:
    a. **Day 1:** March 23, 2026 at 9:30 a.m.
    b. **Day 2:** March 24, 2026 at 9:30 a.m.
    c. **Day 3:** March 25, 2026 at 9:30 a.m.
    d. **Day 4:** March 26, 2026 at 9:30 a.m.
    e. **Day 5**: March 27, 2026 at 9:30 a.m.

**Signed on January 6, 2026**



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**