**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

**In the Matter of:**

| | |
|---|---|
| JOSEPH G. DUMOUCHELLE, and MELINDA J. ADDUCCI, *Debtors*. | Bank. Case No. 19-54531-lsg<br>Chapter 7<br>Hon. Lisa S. Gretchko |
| THOMAS T. RITTER, *Plaintiff,*<br>v.<br>MELINDA J. ADDUCCI, *Defendant.* | Adv. Pro. No. 20-04381-lsg<br>Hon. Lisa S. Gretchko |

## ORDER SCHEDULING POST-TRIAL BRIEFING DEADLINES

On April 7, 2026, the Court held a telephonic status conference ("April 6, 2026 Conference") regarding post-trial briefing in this adversary proceeding. Counsel for the Plaintiff and counsel for the Defendant appeared at the April 6, 2026 Conference and agreed on the record to the terms set forth below in this Order. Accordingly,

**IT IS HEREBY ORDERED** that:

1. Plaintiff and Defendant shall each file a post-trial brief (not to exceed 50 pages in length) by June 15, 2026.

2. Plaintiff and Defendant shall each file a reply (not to exceed 14 pages in length) to the adverse party's post-trial brief by July 13, 2026.

**Signed on April 8, 2026**



/s/ Lisa S. Gretchko
_____
**Lisa S. Gretchko**
**United States Bankruptcy Judge**