**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re: Joseph G. DuMouchelle and
Melinda J. Adducci,

Chapter 7 Bankruptcy
Case No. 19-54531-lsg

Hon. Lisa S. Gretchko

          Debtors.
_____/
Thomas T. Ritter,

          Plaintiff,
v.

Melinda J. Adducci,

Adversary Pro. No. 20-04381

          Defendant.
_____/

## ATTACHMENT A TO PLAINTIFF'S POST-TRIAL BRIEF

1

| Transaction Date | Amount | Transaction Type | Exhibit Reference | Role |
|---|---|---|---|---|
| 2/6/2019 | $375.00 | Legal Order | **J5**, Feb. Stmt. | Sole Signatory |
| 2/6/2019 | $125.00 | Legal Order Fee | **J5**, Feb. Stmt. | Sole Signatory |
| 2/7/2019 | $178,277.71 | Legal Order | **J5**, Feb. Stmt. | Sole Signatory |
| 2/7/2019 | $4,250,000.00 | AZ TLR transfer to CHK 9238 | **J5**, Feb. Stmt. **J42**, Email indicating BofA account ending 9238 is William Noble Rare Jewelers Account | Sole Signatory Authorized by Defendant at BofA Branch |
| 2/7/2019 | $150,000.00 | AZ TLR transfer to CHK 4272 | **J5**, Feb. Stmt. **J42**, Email indicating BofA account ending 4272 is Ryan & Rodney Diamonds, Inc. | Sole Signatory Authorized by Defendant at BofA Branch |
| 2/7/2019 | $117,000.00 | AZ TLR transfer to CHK 9238 | **J5**, Feb. Stmt. **J42**, Email indicating BofA account ending 9238 is William Noble Rare Jewelers Account | Sole Signatory Authorized by Defendant at BofA Branch |
| 2/7/2019 | $4,041,925.00^ (see detail below regarding recipients) | Customer Withdrawal | **J5**, Feb. Stmt. **J2**, W/Drawal slips signed by Defendant **J3,** Itemization of cashiers checks of $4,041,925.00 | Sole Signatory W/Drawal Slip Signer |

2

| | | | | |
|---|---|---|---|---|
| 2/7/2019 | $1,091,769.44^^ (see detail below regarding recipients) | Customer Withdrawal | **J5**, Feb. Stmt. **J2**, W/Drawal slips signed by Defendant **J3,** Itemization of cashiers checks of $1,091,769.44 | Sole Signatory W/Drawal Slip Signer |
| 2/7/2019 | $39,000.00 | Customer Withdrawal | **J5**, Feb. Stmt. **J2**, W/Drawal slips signed by Defendant **J44,** Email indicating payment of $39,000 to Paul Haig | Sole Signatory W/Drawal Slip Signer |
| 2/8/2019 | $651,169.26 | Legal Order | **J5**, Feb. Stmt. | Sole Signatory |
| 2/8/2019 | $4,290.00 | Wire Out | **J5**, Feb. Stmt. | Sole Signatory |
| 2/8/2019 | $100.00 | MI TLR transfer | **J5**, Feb. Stmt. | Sole Signatory |
| 2/11/2019 | | Date of Joseph's Signature Card | **J4**, Signature Cards | |
| 2/11/2019 | $180,000.00^^^ (see detail below regarding recipients) | Check | **J5**, Feb. Stmt. **J3,** Itemization of cashiers checks of $180,000.00 | W/Drawal Slip Signer |

3

**^ 2/7/2019 $4,041,925.00 Recipients:**

| Payee | Amount | Trial Exhibit |
|---|---|---|
| Gene R. Kazlow dba Kazlow & Kazlow IOLA [sic] Account | $450,000.00 | **J3** |
| Aron Resources | $236,450.00 | **J3** |
| Canadian Gemological Association | $1,500.00 | **J3** |
| Abbott's Corporation | $1,104,750.00 | **J3** |
| KWIAT | $204,225.00 | **J3** |
| Diamond Opportunities | $33,500.00 | **J3** |
| John Ragard | $848,500.00 | **J3** |
| JB International | $678,000.00 | **J3** |
| Peter Indorf | $1,500.00 | **J3** |
| Merrillwood Collection | $6,000.00 | **J3** |
| FEI | $277,500.00 | **J3** |
| Howard S. Derman | $200,000.00 | **J3** |

**^^ 2/7/2019 $1,091,769.44 Recipients:**

| Payee | Amount | Trial Exhibit |
|---|---|---|
| David L. Husman | $1,091,769.44 | **J3** |

**^^^ 2/11/2019 $180,000.00 Recipients:**

| Payee | Amount | Trial Exhibit |
|---|---|---|
| Marcella G. Rabinovich, PLLC Attorney Trust Account | $90,000.00 | **J3** |
| Joseph DuMouchelle Fine & Estate Jewellers, LLC | $90,000.00 | **J3** |

4