**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

JOSEPH DuMOUCHELLE and
MELINDA J. ADDUCCI,
Debtors.
________________________________/

Case No. 19-54531
Chapter 7
Hon. Lisa S. Gretchko

THOMAS RITTER,
Plaintiff,

v.

MELINDA J. ADDUCCI,
Defendant.
______________________________________/

Adv. Pro. No. 20-04381-lsg
Hon. Lisa S. Gretchko

# JUDGMENT

On November 4, 2026, the Court issued an opinion ("Opinion"; ECF No. 359) following the trial in this Adversary Proceeding. For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that pursuant to 11 U.S.C. § 523(a)(2)(A), $12,000,000.00 of the $17,140,031.62 judgment that the Williams County, North Dakota District Court (Northwest Judicial District) entered in Court File Number 53-2019-CV-01186 on or about September 16, 2019, in favor of Thomas Ritter and against, *inter alia,* Melinda Adducci is nondischargeable as to Melinda Adducci.

**IT IS FURTHER ORDERED** that $5,322,694.44 of the $12,000,000.00 described in the preceding paragraph of this Judgment is also nondischargeable as to Melinda Adducci pursuant to 11 U.S.C. § 523(a)(6).

**IT IS FURTHER ORDERED** that a judgment of no cause of action pursuant to 11 U.S.C. § 523(a)(4) is entered in favor of Melinda Adducci and against Thomas Ritter.

**Signed on November 4, 2026**

**/s/ Lisa S. Gretchko**

**Lisa S. Gretchko**
**United States Bankruptcy Judge**